IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00129-05-CR-W-DGK |
| ) | |
| JERELL BRIGGS, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

On February 5, 2021, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 315) Defendant was examined by Stephen E. Peterson, M.D., who prepared a report dated April 18, 2021. (Doc. 342)

A competency hearing was held on April 26, 2021, via Zoom with Defendant's consent. The Government was represented by Assistant United States Attorney Alison Dunning. Defendant appeared with appointed counsel Lance Sandage. The parties stipulated that Dr. Peterson would testify consistent with his report. No additional evidence was presented. Based upon the uncontroverted evidence, I find that Defendant is competent to proceed. Therefore, it is

RECOMMENDED that the Court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Date: April 26, 2021

                                                                 /s/ *Jill A. Morris*
                                                                 JILL A. MORRIS
                                                                 UNITED STATES MAGISTRATE JUDGE