# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-CR-00129-DGK-5 |
| JERELL BRIGGS, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On February 5, 2021, counsel for Defendant filed a motion pursuant to 18 U.S.C. § 4241 for a determination of the mental competency of the Defendant to stand trial. That motion was granted, and, prior to holding a hearing to determine the mental competency of the Defendant, the Court entered its Order pursuant to 18 U.S.C. § 4241(b) directing that a psychological or psychiatric examination of the Defendant be conducted and that a psychological or psychiatric report be filed with the Court pursuant to 18 U.S.C. § 4247(b) and (c).

A competency hearing was held before Magistrate Judge Jill A. Morris on April 26, 2021. At the hearing, the parties stipulated that the Court could consider the forensic psychological report of Stephen E. Peterson, M.D., which concluded Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense. On April 26, 2021, Judge Morris entered a Report and Recommendation that Defendant be declared competent to stand trial. ECF No. 347. Defendant filed a response in which stated he had no objections and waived the remaining time in which to file objections. ECF No. 348.

After an independent, de novo review of the record and applicable law, the Court

ADOPTS the Report and Recommendation of Judge Morris in its entirety, and finds

Defendant is competent to stand trial. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between February 5, 2021, and the date of this Order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date: April 27, 2021                   /s/ Greg Kays
                                       GREG KAYS, JUDGE
                                       UNITED STATES DISTRICT COURT