IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                  Criminal Action No.
                                          18-00129-05-CR-W-DGK

JERRELL BRIGGS,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:
- Count One: Conspiracy to Distribute Cocaine and Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846
- Count Thirteen: Possession with Intent to Distribute a Controlled Substance (Cocaine & Methamphetamine), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C); and 18 U.S.C. § 2
- Count Fourteen: Possessing a Firearm in Furtherance of Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2

**TRIAL COUNSEL**:
    Government: Alison Dunning
    Case Agent: Special Agent Ben Brousil, FBI
    Defense: Lance Sandage

**OUTSTANDING MOTIONS**: Defense counsel made an oral motion to continue trial until the December 6, 2021, docket. Neither the Government nor Defendant objected. Defense counsel will update the Court with the respective positions of co-defendants if a continuance is, in fact, needed.

**ANTICIPATED MOTIONS**: The Government will file a motion in limine regarding evidence obtained pursuant to a search warrant following indictment. Defendant will also file motions in limine.

**TRIAL WITNESSES**:
    Government: 12-14 with stipulations; 12-15 without stipulations
    Defense: less than 10 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government:    100-125 exhibits
    Defense:    less than 25 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial    (  ) Possibly for trial
    (  ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:    **4 days**
    Government's case including jury selection:    3 days
    Defense case:    1 day

**STIPULATIONS**:
    ( x )    not likely
    (   )    not appropriate
    (   )    likely as to:
        (  )    chain of custody
        (  )    chemist's reports
        (  )    prior felony conviction
        (  )    interstate nexus of firearm
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**:    None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: October 18, 2021
    Defense: October 18, 2021
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    October 18, 2021
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: October 18, 2021

**TRIAL SETTING**: Criminal jury trial docket commending November 1, 2021
    **Please note**:    A *Government witness will be out of state November 5th-11th. Defense counsel has a state court trial scheduled to begin on November 1, 2021; a ruling on a pending motion to continue that case is forthcoming.*

**OTHER**:
    (  )    A _____-speaking interpreter is required.
    (  )    Other assistive devices: _____

**IT IS SO ORDERED.**

<u>/s/ Jill A. Morris</u>
JILL A. MORRIS
United States Magistrate Judge